**Memorandum Opinion Issued August 12, 2025.**



In The

# Fifteenth Court of Appeals

———————

## NO. 15-25-00125-CV

———————

## IN RE FAISAL CHAUDHRY AND STILLWATER OZ DEVELOPMENT FUND, LLC, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Business Court Division 1B
Dallas County, Texas
Trial Court Cause No. 25-BC01B-0017**

## MEMORANDUM OPINION

The Court has considered Relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relators' petition for writ of mandamus is denied.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.